## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **CARRIE BEEBE** <br> 1713 Parkway Dr. N <br> Maumee, Ohio 43537 | * <br><br> * | Case No. <br><br> Judge |
| Plaintiff, | | |
| v. | * | **COMPLAINT; JURY DEMAND ENDORSED HEREON** |
| **SUNSHINE INC. OF NORTHWEST OHIO** <br> 7223 Maumee Western Rd <br> Maumee, Ohio 43537 | * <br><br> * <br><br> * | Francis J. Landry (0006072) <br> Katherine A. Pawlak Macek (0086885) <br> **WASSERMAN, BRYAN, LANDRY & HONOLD LLP** <br> 1090 W. South Boundary St <br> Suite 500 |
| Defendant. | * <br><br> * <br><br> * <br><br> * | Perrysburg, Ohio 43551 <br> Telephone: (419) 243-1239 <br> Facsimile: (419) 243-2719 <br> Flandry308@aol.com <br> kpawlak@wblhlaw.com <br> Attorneys for Plaintiff <br> Carrie Beebe |

\* \* \* \* \* \* \* \*

### JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1331, 1337, 1343, 2201 and 2202. This is an action for a violation of 42 U.S.C. Sections 2000e et seq., known as the Civil Rights Act of 1964. This action, in part, is one for money damages, reinstatement, and liquidated damages resulting from an alleged unlawful termination of employment in violation of Title VII of the Civil Rights Act of 1964. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission and Ohio Civil Rights Commission on the basis of race,

1

charge number 22A-2022-01128C, attached hereto as Exhibit A and incorporated by reference as if fully restated herein. On June 2, 2022, the district director of the EEOC notified Plaintiff of her right to file suit within ninety days in an appropriate federal district court, attached hereto as Exhibit B. This Court's supplemental jurisdiction is also invoked over state law claims of race discrimination in violation of the law of the State of Ohio. On April 28, 2022, the regional director of the OCRC notified Plaintiff of her right to file suit, attached hereto as Exhibit C.

## PARTIES

2. Plaintiff, Carrie Beebe, is a citizen of the United States and a resident of the City of Maumee, State of Ohio, who has been employed with Defendant from September 3, 2013 until her termination on April 22, 2021. At all times material hereto, Plaintiff was an employee of an employer within the meaning of Title VII of the Civil Rights Act and Chapter 4112 of the Ohio Revised Code in that it employed at all times material hereto more than fifteen (15) employees.

3. Defendant is an Ohio corporation with a place of business in the City of Maumee, State of Ohio. Defendant at all times had more than fifteen (15) employees is also an employer within the meaning of Title VII of the Civil Rights Act and Ohio Revised Code Chapter 4112.

## GENERAL ALLEGATIONS

4. Plaintiff was employed by Defendant from September 3, 2013 until her termination on April 22, 2021. Plaintiff had previously worked for Defendant off and on over the years

5. Plaintiff is a Caucasian individual.

6. Plaintiff was employed most recently as a Lead Nurse and BLS CPR Instructor for Defendant.

7. Plaintiff was well qualified for her position by virtue of her education and experience and performed her job duties well.

8. On April 22, 2021, Plaintiff was suddenly terminated by Defendant.

9. Shortly before her termination Plaintiff suspected that neglect was occurring in facilities and conducted three meetings with the nurse manager and house manager. An employee was also written up by Plaintiff and then terminated for neglect.

10. Another employee accused Plaintiff of taking these actions due to a racial motivation. Plaintiff's actions were not racially motivated, and were appropriate in order to protect Defendant's residents from neglect. After this complaint was made, Plaintiff was terminated.

## FIRST CLAIM FOR RELIEF
### Title VII, Civil Rights Act, Racial Discrimination

11. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through ten (10) of this Complaint, supra, by reference in its entirety as if fully restated herein.

12. Plaintiff is a Caucasian individual and was employed by Defendant. Defendant is the unusual employer who discriminates against the majority. Pressure has been put on Defendant's CEO for a "cultural change" and many employees are persons of color.

13. Plaintiff was well qualified for her position, and performed her job well. At the time of her termination, Plaintiff was meeting and exceeding all of Defendant's legitimate expectations, and was a highly rated and skilled employee.

14. Plaintiff was terminated, and was treated differently than African American employees. African American employees were not terminated for the same reasons for which Plaintiff allegedly was terminated.

15. Any alleged reason for Plaintiff's termination is false and pretextual. Plaintiff was performing her job well, was not discriminatory in any of her conduct, and did not violate the company's policies.

16. In terminating Plaintiff, Defendant has intentionally discriminated against her on the basis of her race in violation of 42 U.S.C. Section 2000e et seq.

17. As a proximate result of the actions of Defendant as complained of herein, Plaintiff has suffered the loss of her job position, back wages, seniority, fringe benefits and pension benefits, diminished earning capacity and great mental and emotional stress, anxiety, humiliation and embarrassment all to her damage.  Plaintiff has also been forced to expend litigation expenses and attorney's fees.

**SECOND CLAIM FOR RELIEF**
**Ohio Revised Code Section 4112.02, Racial Discrimination**

18. Plaintiff incorporates each and every allegation contained in paragraphs one (1) through seventeen (17) of this Complaint, supra, by reference in its entirety as if fully restated herein.

19. Plaintiff is a Caucasian individual and was employed by Defendant. Defendant is the unusual employer who discriminates against the majority. Pressure has been put on Defendant's CEO for a "cultural change" and many employees are persons of color.

20. Plaintiff was well qualified for her position, and performed her job well. At the time of her termination, Plaintiff was meeting and exceeding all of Defendant's legitimate expectations, and was a highly rated and skilled employee.

21. Plaintiff was terminated, and was treated differently than African American employees. African American employees were not terminated for the same reasons for which Plaintiff allegedly was terminated.

22. Any alleged reason for Plaintiff's termination is false and pretextual. Plaintiff was performing her job well, was not discriminatory in any of her conduct, and did not violate the company's policies.

23. In terminating Plaintiff, Defendant has intentionally discriminated against her on the basis of her race in violation of Ohio Revised Code Section 4112.02(A) made actionable pursuant to Ohio Revised Code Section 4112.99 as amended.

24. As a proximate result of the actions of Defendant complained of herein, Plaintiff has suffered personal and financial damage, harassment, and great mental and emotional stress, anxiety, humiliation and embarrassment. Plaintiff has also been forced to expend court costs and attorney's fees.

**WHEREFORE**, Plaintiff demands judgment against Defendant for lost back and front wages, compensatory and punitive damages for emotional distress, anxiety, humiliation and embarrassment plus her costs, interest and reasonable attorney's fees. Plaintiff also seeks an amount of liquidated damages equal to her damages and his costs and attorney's fees all together with prejudgment and post judgment interest. Plaintiff further prays for whatever other legal or equitable relief she may appear to be entitled to.

Respectfully submitted,

**WASSERMAN, BRYAN, LANDRY & HONOLD, LLP**

 **s/Francis J. Landry**
Francis J. Landry
Attorney for Plaintiff, Carrie Beebe

### JURY DEMAND

Plaintiff demands a jury trial as to all issues to triable in the within cause.

s/Francis J. Landry
Francis J. Landry