## CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:** TOL72(41309)01162022
**OCRC Case Number:** 22A-2022-01128C

| | |
|---|---|
| Your Name (First and Last Name) | Employer Name |
| Carrie Beebe | Sunshine Inc. of Northwest Ohio |
| Your Street Address | Employer Street Address |
| 1713 Parkway Dr. N | 7223 Maumee/Western Road |
| Your City, State and Zip Code | Employer City, State and Zip Code |
| Maumee, Ohio 43537 | Maumee, Ohio 43537 |
| Your Telephone Number | Employer Telephone Number |
| (567) 377-4873 | (419) 865-0251 |
| Your Alternate Phone Number (Optional) | County where Employer is located (if in Ohio) |
| | Lucas |
| Your Email Address | Total Number of Workers Employed |
| cbeebe39@gmail.com | 1000 |

Date(s) of Discrimination (Must have occurred within **TWO YEARS** from the charge filing date)

April 22, 2021

I was discriminated against on the basis of:
- ✓ Race/Color
- Sex
- Pregnancy
- Gender Stereotyping
- Disability (DO NOT IDENTIFY)
- Age (over the age of 40 ONLY)
- National Origin/Ancestry
- Military Status
- Religion
- Retaliation (for protesting discrimination)

Indicate how you are a member of the group marked above. (Example – If you marked race, identify your race. If you marked age, identify your age and birthdate.) DO NOT IDENTIFY YOUR DISABILITY OR MEDICAL CONDITION.

I am a Caucasian female individual. I was discriminated against due to my race.

## OHIO CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:** TOL72(41309)01162022
22A-2022-01128C

**Date of Hire:**
September, 2013

**Position:**
Lead Nurse, ARC Instructor and AHA BLS instructor

I was subjected to:

| | | |
|---|---|---|
| A denial of promotion | Denial of a reasonable accommodation | Harassment (including sexual harassment) |
| A forced resignation | Different terms and conditions of employment | Layoff/Denial of Recall |
| Demotion | ✓ Discharge/Termination | Unequal Pay (based on sex only) |
| Denial/Failure to hire | Discipline (Write-up, Suspension, etc) | Other |

If you have marked other, please briefly describe the discriminatory act.

Please write a concise statement summarizing the act(s) of discrimination and why you believe it is discrimination. In your statement, include information as to who committed the act of discrimination (name and position), any reason given for the act of discrimination, when the acts occurred and names of others treated more favorably than you.

I was employed by Respondent most recently as Lead Nurse and BLS CPR Instructor. I started employment in September of 2013. I had previously been employed by Respondent from 2000-2005 and from 2006-2008. I am an LPN. I was at all times meeting and exceeding my employer's expectations. Shortly before my termination I suspected that neglect was going on in facilities and conducted three meetings with the nurse manager and house manager. An employee was written up by me for neglectful patient case who was then terminated. An African American employee accused me of being racially motivated in seeking termination of employees and reported it to management. I was summarily terminated without being given any explanation. Similarly situated African-American employees are more favorably treated. The Respondent is the rare employer that discriminated against the majority. All the individuals involved in my termination were African-American. In addition, pressure has been put on the CEO for a cultural change. Many employees with Respondent are persons of color.

RECEIVED
FEB 07 2022

# OHIO CIVIL RIGHTS COMMISSION
## EMPLOYMENT CHARGE OF DISCRIMINATION

**Charging Party:**

**OCRC Case Number:** TOL72(41309)01162022
22A-2022-01128C

**Please Note:**
Under division (A) of section 4112.052 of the Ohio Revised Code, you are prohibited from bringing a civil action under this chapter unless one of the following applies:
  a) The conditions stated in division (B)(1) of section 4112.052 of the Ohio Revised Code are satisfied; or
  b) An exception specified in division (B)(2) of section 4112.052 of the Ohio Revised Code applies.

**Please initial to indicate you have read and agreed to the statements below:**
I understand that I will not be able to sign this form on-line. A copy will be mailed to me for a notarized signature. An investigation **WILL NOT** begin until the Ohio Civil Rights Commission receives a **SIGNED AND NOTARIZED CHARGE** from me. **INITIALS**   cb

The following section is to be completed only in the presence of a notary or
Ohio Civil Rights Commission Representative.

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures.

_[signature]_ Charging Party        Date: 2-1-22

Subscribed and Sworn to me on this 1st day of February of 2022

_[signature]_ Ohio Civil Rights Commission Representative or Notary

Tracy M. Costello
Notary Public, State of Ohio
My Commission Expires
February 06, 2024

RECEIVED
FEB 07 2022
OCRC